[No. 52929-3-I.   Division One.   November 15, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. GABRIEL GARCIA-AVALOS, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00344-1, Susan K. Cook, J., entered July 11, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Becker, JJ.

[No. 53356-8-I.   Division One.   November 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEN KHAT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10280-6, Brian D. Gain, J., entered November 3, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53477-7-I.   Division One.   November 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ADOLFO ROJAS-BARRERA, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 03-1-00707-9, Richard McDermott, J., entered December 8, 2003, and January 16, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53916-7-I.   Division One.   November 15, 2004.]

GLENDI GARCIA, *Respondent*, v. CRICO OF JAMES STREET CROSSING LIMITED PARTNERSHIP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-19919-4, Laura Gene Middaugh, J., entered March 3, 2004. *Reversed* by unpublished per curiam opinion. Now published at 125 Wn. App. 807.